# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRIGITTE A. JAKOB,

                Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS INC.,

                Defendant.

Case No. 17-CV-1246-JPS

**ORDER**

On August 20, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs, expenses, and attorney's fees. (Docket #16). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #16) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs, expenses, and attorney's fees.

Dated at Milwaukee, Wisconsin, this 21st day of August, 2018.

BY THE COURT:

_____

J.P. Stadtmueller
U.S. District Judge